# United States Bankruptcy Court
# for the District of Oregon

**Frank R. Alley, III, Judge**
Barbara D. Ivey, Judicial Assistant
Lee D. Brice, Law Clerk



151 West Seventh Ave., Suite 300
Post Office Box 1335
Eugene, Oregon 97440
(541) 465-6767
FAX: (541) 465-6898

January 6, 2006

Gail Geiger
Office of the US Trustee
211 E 7th Ave #285
Eugene, OR 97401

Richard Norland
130 F St
Springfield, Or 97477

RE:  Adversary Case No. 04-6281-fra   US TRUSTEE, EUGENE vs. RICHARD NORLAND

Dear Mr. Norland and Ms. Geiger:

The court has throughly reviewed Mr. Norland's post-hearing motion (docket #135, filed November 23, 2005) and the government's response. I do not believe that oral argument is either required or appropriate in this matter. For the reasons set out in this letter I will enter an order denying the motion.

### I: Judicial Notice

The matters alleged in the opening section of the motion ("Motion For Judicial Notice of New Evidence") are not matters generally known within the territorial jurisdiction of this court or capable of accurate and ready determination by resort to extrinsicate sources. See Federal Rule of Evidence 201.  The court declines to take judicial notice of the matters alleged.

### II: Relief From Judgment

The court has previously held that a default judgment should be entered against Mr. Norland. Mr. Norland now asks for relief from that judgment on the grounds of alleged misconduct by the U.S. Trustee or her deputy. Accepting, purely for the sake of argument, the factual allegations contained in the motion, none present grounds for reviewing the courts previous determination. As Mr. Norland has been repeatedly reminded, the issue here is his conduct, and not the conduct of others. Mr. Norland presents no evidence or argument to suggest

that the court has thus far erred in its determination that the judgment and injunction should be entered.

An order denying the relief has been entered contemporaneously with this letter.

Very truly yours,

FRANK R. ALLEY, III
Bankruptcy Judge

FRA:jlw